IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Simeion

Printed: 8/5/08

Case Number: 08 B 08064
Judge: Wedoff, Eugene R
Filed: 4/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Car Town | Secured | 0.00 | 0.00 |
| 2. | Premier Bankcard | Unsecured | 36.24 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 20.05 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 105.40 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 17.88 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 17.87 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 285.40 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 468.45 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 203.69 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 48.68 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 10.55 | 0.00 |
| 12. | Car Square Auto | Secured |  | No Claim Filed |
| 13. | Car Square Auto | Secured |  | No Claim Filed |
| 14. | Tina Hendrix | Priority |  | No Claim Filed |
| 15. | American Collection Corp | Unsecured |  | No Claim Filed |
| 16. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 17. | CCA | Unsecured |  | No Claim Filed |
| 18. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | AFNI | Unsecured |  | No Claim Filed |
| 21. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 22. | General Revenue Corp | Unsecured |  | No Claim Filed |
| 23. | Illinois Student Assistance Commission | Unsecured |  | No Claim Filed |
| 24. | Professional Account Management | Unsecured |  | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Simeion

Printed: 8/5/08

Case Number:  08 B 08064
Judge:  Wedoff, Eugene R
Filed:  4/3/08

| | | | |
|---|---|---|---|
| 26. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 27. AFNI | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 1,214.21 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____